IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DOUG CHANCEY, MARIAN MOLLIN, and REBECCA SCHNEIDER <br><br> Plaintiffs, <br><br> v. <br><br> VICKI CHRISTIANSEN <br> Acting Chief, U.S. National Forest Service <br> 1400 Independence Ave., SW <br> Washington, D.C. 20250 <br><br> and <br><br> JOBY L. TIMM <br> Supervisor, George Washington and <br> Jefferson National Forest <br> 5162 Valleypointe Parkway <br> Roanoke, VA 24019 <br><br> Defendants. | Case No 7:18-cv-00199-EKD |

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, Doug Chancey, Marian Mollin, and Rebecca Schneider, request that the Court issue a temporary restraining order ("TRO") to enjoin Defendants, Vicki Christiansen of the U.S. National Forest Service and Joby L. Timm of the George Washington and Jefferson National Park. The legal and factual grounds for this Motion are set forth in Plaintiffs' accompanying Memorandum in Support. A proposed Order is attached.

Respectfully submitted this 3rd day of May 2018.

DOUG CHANCEY
MARIAN MOLLIN
REBECCA SCHNEIDER

By: _____/s/_____
J. Chapman Petersen, Esq., VSB #37225
David L. Amos, Esq., VSB #87271
Abby Mulugeta, Esq., VSB #92424
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, VA 22030
Telephone 703.277.9704
Facsimile 703.591.9285
jcp@petersenfirm.com
dla@petersenfirm.com
agm@petersenfirm.com
*Counsel for Petitioners*

Tammy L. Belinsky, Esq., VSB #43424
9544 Pine Forest Road
Copper Hill, VA 24079
Telephone 540.929.4222
Facsimile 540.929.9195
tambel@hughes.com
*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2018, I served this document via a private process server on the following:

VICKI CHRISTIANSEN
Acting Chief, U.S. Forest Service
1400 Independence Ave., SW
Washington, D.C. 20250

*and*

JOBY L. TIMM
Supervisor, George Washington and
Jefferson Forest
5162 Valleypointe Parkway
Roanoke, VA 24019

_____/s/_____
J. Chapman Petersen